**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

KEITH L. GORDON,                          )
                                          )
        Plaintiff,                        )
                                          )
    v.                                    )          Case No. 4:26-cv-01067-AGF
                                          )
DETECTIVE ATHONY ALTMAN, et al.,          )
                                          )
        Defendants.                       )

## MEMORANDUM AND ORDER

Self-represented Plaintiff Keith L. Gordon brings this civil action for alleged violations of his civil rights.  ECF No. 1.  The matter is now before the Court upon the motion of Plaintiff for leave to proceed *in forma pauperis*, or without prepayment of the required filing fees and costs. ECF No. 2.  Having reviewed the motion and the financial information submitted in support, the Court will grant the motion and assess an initial partial filing fee of $82.50.  *See* 28 U.S.C. § 1915(b)(1).

Pursuant to 28 U.S.C. § 1915(b)(1), a prisoner bringing a civil action *in forma pauperis* is required to pay the full amount of the filing fee.  If the prisoner has insufficient funds in his or her prison account to pay the entire fee, the Court must assess and, when funds exist, collect an initial partial filing fee of 20 percent of the greater of (1) the average monthly deposits in the prisoner's account, or (2) the average monthly balance in the prisoner's account for the prior six-month period.  After payment of the initial partial filing fee, the prisoner is required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account.  28 U.S.C. § 1915(b)(2).  The agency having custody of the prisoner will forward these monthly

payments to the Clerk of Court each time the amount in the prisoner's account exceeds $10, until the filing fee is fully paid. *Id.*

Plaintiff is a pretrial detainee at the St. Charles County Detention Center. ECF No. 1 at 2. In support of his motion to proceed without prepaying fees and costs, Plaintiff submitted an inmate account statement showing average monthly deposits of $412.50 and an average monthly balance of $37.80 (as of the fourteenth of each month). ECF No. 3. The Court finds that Plaintiff has insufficient funds in his prison account to pay the entire fee and will therefore assess an initial partial filing fee of $82.50, which is twenty percent of Plaintiff's average monthly deposit. *See* 28 U.S.C. § 1915(b)(1).

Plaintiff will have **thirty (30) days** from the date of this Order to pay this initial partial filing fee. The Court warns Plaintiff that his failure to comply with this Order could result in dismissal of this action. Furthermore, because Plaintiff is now proceeding *in forma pauperis*, once the Court receives Plaintiff's initial partial filing fee, the pleadings will be reviewed under 28 U.S.C. § 1915(e) for frivolity, maliciousness, failure to state a claim upon which relief can be granted, and for seeking monetary relief against a defendant who is immune from such relief.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis* [ECF No. 2] is **GRANTED.** *See* 28 U.S.C. § 1915(a)(1).

**IT IS FURTHER ORDERED** that the Plaintiff shall pay an initial filing fee of $82.50 within **thirty (30) days** of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding. *See* 28 U.S.C. § 1915(b)(1).

- 3 -

**IT IS FURTHER ORDERED** that if Plaintiff is unable to pay the initial partial filing fee in the time allowed, he must explain in writing why he is unable to do so.

**IT IS FINALLY ORDERED** that upon submission of the initial partial filing fee, the Court shall review this action pursuant to 28 U.S.C. §1915.

**Plaintiff's failure to timely comply with this Order could result in the dismissal of this action, without prejudice and without further notice.**

Dated this 21st day of July, 2026.

_____

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE