**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KEITH L. GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cv-01067-AGF |
| | ) | |
| DETECTIVE ATHONY ALTMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on review of the file. Plaintiff Keith Gordon was ordered to pay an initial partial filing fee of $82.50 by August 20, 2026. ECF No. 4. When no fee had been paid and no written explanation for the lack of payment had been received, the Court issued an Order on October 14, 2026, directing Plaintiff to show cause as to why this case should not be dismissed without prejudice for failure to comply with the Court's Order. ECF No. 5. Plaintiff's response was due by October 29, 2026.

To date, Plaintiff has neither responded to the Court's Order nor sought additional time to do so. Plaintiff was given meaningful notice of what was expected, cautioned that his case would be dismissed if he failed to timely comply, and granted ample time to comply. The Court will therefore dismiss this action, without prejudice, due to Plaintiff's failure to comply with the Court's July 21 and October 14, 2026 Orders, and his failure to prosecute his case. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (stating the authority of a court to dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases"); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (stating

a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 16th day of November, 2026.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE